IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN TAYLOR, #153251, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv39-MHT |
| ) | (WO) |
| GWENDOLYN MOSLEY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 9, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for summary judgment filed by defendant Mosley is GRANTED.

2. Judgment is GRANTED in favor of the defendant.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

Done this 25th day of May, 2006.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE